**No. 40756.**—Protest 940019–G of R. A. Lopez (New York).

Opinion by KEEFE, J.  It was established that the net weight of the cheese was 20,290 pounds rather than 21,290 pounds.  The protest was accordingly sustained.